**CAROTHERS DiSANTE & FREUDENBERGER LLP**
Kimberly Foster (California Bar No. 243216)
707 Wilshire Boulevard, Suite 5150
Los Angeles, California 90017
Telephone (213) 612-6300
Facsimile (213) 612-6301
Email: kfoster@cdflaborlaw.com

**MARTENSON, HASBROUCK & SIMON LLP**
Patricia E. Simon, Esq. (Georgia Bar No. 618233) (*Pro Hac Vice*)
Lisa M. Szafranic, Esq. (Georgia Bar No. 532495) (*Pro Hac Vice*)
3379 Peachtree Road, N.E., Suite 400
Atlanta, Georgia 30326
Telephone: (404) 909-8100
Facsimile: (404) 909-8120
E-Mail: pesimon@martensonlaw.com
E-Mail: lmszafranic@martensonlaw.com

Attorneys for Defendant GENUINE PARTS COMPANY
d/b/a NAPA AUTO PARTS, a Georgia corporation

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS SANCHEZ, <br><br> Plaintiff, <br> v. <br><br> GENUINE PARTS COMPANY dba NAPA AUTO PARTS, a Georgia Corporation; NATIONAL AUTOMOTIVE PARTS ASSOCIATION, dba NAPA AUTO PARTS, business organization, form unknown; NORTH HOLLYWOOD CARBURETOR & IGNITION, INC., dba NORTH HOLLYWOOD AUTO PARTS, and NAPA AUTO PARTS, a California Corporation; and DOES 1-50 inclusive, <br><br> Defendants. | Case No.: 2:17-cv-08010-AB-AGR <br><br> ~~PROPOSED~~ **ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Having properly read and considered the Parties' Joint Stipulation of Dismissal With Prejudice, **IT IS HEREBY ORDERED** that the Joint Stipulation of Dismissal With Prejudice is **GRANTED**. **IT IS FURTHER ORDERED** that all parties shall bear their own attorneys' fees and costs.

**SO ORDERED**, this 17TH day of Jan, 2019.

_____
Honorable Andre Birotte Jr.
United States District Judge
Central District of California